**PENNSYLVANIA STATE POLICE, BUREAU OF LIQUOR CONTROL ENFORCEMENT, Petitioner**

v.

**JET–SET RESTAURANT, LLC, Respondent**

No. 327 MAL 2017

Supreme Court of Pennsylvania.

September 13, 2017

### ORDER

PER CURIAM

**AND NOW,** this 13th day of September, 2017, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. The issue, restated for clarity is:

Does the definition of "frequenting" set forth in *Appeal of Speranza*, 416 Pa. 348, 206 A.2d 292 (1965) still apply to Section 4–493(14) of the Liquor Code, or do the 2003 Amendments to the Code demonstrate the General Assembly's in-

tent that a minor may not be inside a licensed premises even a single time unless one of the exceptions enumerated in Section 4–493(14) applies?

Allowance of appeal is **DENIED** as to all remaining issues.